# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 1.97 CR 288 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE PETER C. ECONOMUS |
| ) | |
| FOUR PILLARS ENTERPRISE CO. LTD. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Four Pillars Enterprise Co. Ltd. hereby gives notice of its intent to appeal the sentencing judgment of this Court, imposed on February 3, 2006 and entered on February 6, 2006, to the Sixth Circuit Court of Appeals.

Respectfully Submitted,

/s/ Nancy Luque
Nancy Luque
DLA Piper Rudnick Gray Cary
1200 Nineteenth Street, NW
Washington, DC 20009
Telephone: (202) 861-3909
Facsimile: (202) 223-2085
Email: nancy.luque@dlapiper.com

Counsel for Four Pillars Enterprise Co. Ltd.

February 17, 2006

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served, via ECF, the foregoing Notice of Appeal, on this 17th day of February, 2006, on the following:

Christopher Merriam
United States Department of Justice
Computer Crime and Intellectual Property Section
1301 New York Avenue, 6th Floor
Washington, DC 20530
Fax: (202) 514-6113

Ralph E. Cascarilla
Darrell A. Clay
Walter & Haverfield LLP
1301 East 9th Street, Suite 3500
Cleveland, OH 44113-2253
Fax: (216) 575-0911

/s/ Nancy Luque
Nancy Luque